UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAKQUICE D. ALEXANDER,

    Defendant.

Case No. 19-CR-40
[18 U.S.C. § 844(i)]

# INDICTMENT

**Arson of Building Used in Interstate Commerce**

**THE GRAND JURY CHARGES THAT:**

On or about June 25, 2018, in the State and Eastern District of Wisconsin,

**JAKQUICE D. ALEXANDER**

did maliciously damage by means of fire, a building located at 3515 West Locust Street, Milwaukee, Wisconsin, which building was used in interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

FOREPERSON

Dated: 2.26.19

_____
MATTHEW D. KRUEGER
United States Attorney